George Perge Perez SULAICA, Appellant,

v.

The STATE of Texas, Appellee.

No. 39381.

Court of Criminal Appeals of Texas.

April 6, 1966.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

Chappell & McFall, Lubbock, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

## OPINION
## ON MOTION
## TO REINSTATE APPEAL

WOODLEY, Judge.

The record having been corrected, our prior opinion dismissing the appeal is withdrawn and the appeal is reinstated.

The offense is drunk driving; the punishment, 30 days in jail and a fine of $50.

No statement of facts accompanies the record and there are no bills of exception.

The proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.